UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRON LITTLMANE FLOYD,

    Plaintiff,

v

KENT COUNTY, STATE OF
MICHIGAN, UNKNOWN TRAINER,
GOVERNOR JENNIFER GRANHOLM,
and UNKNOWN PAROLE BOARD
MEMBERS,

    Defendants.
_____/

Case No. 1:07-cv-600

HON. JANET T. NEFF

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On October 23, 2007, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915A(b)(1) on grounds that the State of Michigan is immune and plaintiff fails to state a claim against the remaining defendants.  The matter is presently before the Court on plaintiff's objections to the Report and Recommendation.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the Report and Recommendation to which objections have been made.  Plaintiff's lengthy objections demonstrate his disagreement with the Magistrate Judge's conclusions, but plaintiff's analysis does not reveal any error by the Magistrate Judge.  The Court therefore denies the objections.

For these reasons and because plaintiff is proceeding *in forma pauperis*, this Court also

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

**THEREFORE, IT IS ORDERED** that the objections (Dkt 8) are DENIED and the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C § 1915(a) that an appeal of the Judgment would not be taken in good faith.


Date: July 9, 2008                                          /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge